ACCEPTED
01-14-00945-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/5/2015 1:43:31 PM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS OF TEXAS
FIRST JUDICIAL DISTRICT

| | | |
|---|---|---|
| ZACHARY HILL | § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| | § | 10/5/2015 1:43:31 PM |
| vs. | § | Case No. 01-14-00945-CR |
| | § | CHRISTOPHER A. PRINE |
| THE STATE OF TEXAS | § | Clerk |

### MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellant Zachary Hill, through counsel, moves the Court to extend time to file his brief, due September 30, 2015, for the following reasons:

1.      Counsel, Assistant Public Defender, Melissa Martin has been working on many cases including, but not limited to *Humphrey v. State* , 14-15-00226-CR; *Carter v. State*, 01-14-01006-CR; *Gilder v. State,* PD-0975-15; *Bonds v. State,* 14-15-00688-CR; *Sanchez v. State,* 01-15-00609-CR; and *Cabrera v. State,* 14-15-00663-CR*;* as well as the instant case and has been unable to complete the brief despite due diligence.

2.      This is the third request for an extension in this case.

In view of the foregoing, Mr. Hill asks the Court to extend the time to file his brief for 30 days, or up to and including October 30, 2015. This request is made in the interest of justice and effective assistance of counsel and not for purposes of delay.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief, Harris County Public Defender's Office

*/s/ Melissa Martin*

_____

MELISSA MARTIN
Assistant Public Defender
TX. Bar No. 24002532
1201 Franklin St., 13th Fl.

Houston, TX 77002
email: melissa.martin@pdo.hctx.net
713/274-6709 Fax 713/437-4319

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was electronically served on the Harris County District Attorney's office on October 5, 2015.


*/s/Melissa Martin*

_____

Melissa Martin